IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                                    PLAINTIFF

VS.                                      CRIMINAL ACTION NO. 3:01cr75WN

ANGELA RENEE SMITH MCNEAL,                                   DEFENDANT

ORDER ALLOWING REMISSION ON FINE

This cause came on for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989) for remission of all of the unpaid portion of the fine imposed on September 14, 2001, in this cause; and the Court being advised, is of the opinion that the petition is well taken and all of the unpaid portion of the fine imposed September 14 2001, is hereby remitted.

SO ORDERED this the 13th day of January, 2006.

_____
CHIEF UNITED STATES DISTRICT JUDGE